IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-00238-M

|  |  |  |
|---|---|---|
| SARAH FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES GOVERNMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on a memorandum and recommendation ("M&R") issued by United States Magistrate Judge Robert T. Numbers, II pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) [DE 6]. Judge Numbers screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and recommends that this court dismiss the complaint for the court's lack of jurisdiction and/or Plaintiff's failure to state plausible claims for relief. *Id.* In the M&R, Judge Numbers notified the Plaintiff that any objections to his recommendation must be filed within fourteen days from the date she was served with the M&R, or no later than September 8, 2023. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. *Elijah v. Dunbar*, 66 F.4th 454, 459 (4th Cir. 2023). The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate

---

[1] The case docket reflects that a copy of the M&R, addressed to Plaintiff, was returned to the court as undeliverable. DE 7. Plaintiff provided the address used by the court for delivery by United States mail, the method Plaintiff requested for receiving documents from the court. DE 4. Plaintiff also expressed her understanding that she is responsible for notifying the court of any changes in her contact information. *See id.*

judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*. § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's claims are DISMISSED. The Clerk of Court is directed to close this case.

SO ORDERED this _____14th_____ day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2